IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ESSEX VENTURES, LLP, DAVID A. TRIPP, THE WEEKS ALASKA COMMUNITY PROPERTY TRUST, KTM, LLC, FLOYD C. BOSSARD, MARGARET J. BOSSARD, J&MC, L.L.P, WILLIAM BOUCHEE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GRACE M. BROOKS, and THE RICHARD C. BOSSARD AND MARGARET B. BOSSARD REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT C. SAMUEL, <br><br> Defendant. | CV 14–252–M–DLC <br><br> ORDER |

Upon reviewing the Stipulation for Dismissal With Prejudice filed by the parties and finding good cause appearing;

IT IS ORDERED that the above-captioned matter be DISMISSED WITH PREJUDICE. Each party shall pay its own costs.

DATED this 19th day of April, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court

1